|   |   | Mailings/Copies |   | $ 25.00 |
|---|---|---|---|---|
|   |   |   |   | $ 0.00 |
|   |   |   |   | $ 0.00 |
|   |   |   |   | $ 0.00 |
|   | C. | Total Fees and Estimated Expenses: |   | $ 4,525.00 |
|   |   | Advance payment by debtor: | $ | 0.00 |
|   |   | Balance owed by debtor: | $ | 4,525.00 |

*John T Bolyard*
Debtor

*Amelita V Bedural*
Debtor

Date:  April 24, 2023

David H. Cutler 034403
Lawyer

Date:  April 24, 2023

5